838 F.2d 1206
 Local 1039, Communication Workers of America, AFL-CIO,
Kiernan (Ruth), Yili (Joseph), Sweeney (Paula), Gordon
(James), Sonowski (John), Klein (Sheryl), Rivera (Rafael),
McFarland (Sheryl), Mellillo (Joseph), Hazlett (Marlene),
McCrae (Fern), Vickers (Judy), Schwaeble (Ronald)
v.
Communications Workers of America, AFL-CIO, Pierce (Jan,
Pursell (Robert)
 NO. 87-5301
 United States Court of Appeals,
Third Circuit.
 JAN 13, 1988
 
 Appeal From: D.N.J.,
 Fisher, J.
 
 
 1
 AFFIRMED.